Joe JOHNSON, Johnny Waller, Albert
Ellison and Eddie Mitchell,
Plaintiffs-Appellants,

v.

MEYER'S BROTHERS PARKING SYS-
TEM, INC., Defendant-Appellee.

No. 72-1278

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

April 28, 1972.

Before BELL, DYER and CLARK,
Circuit Judges.

PER CURIAM:

Affirmed. *See* Local Rule 21.[1] A. H.
Phillips, Inc. v. Walling, 324 U.S. 490,
65 S.Ct. 807, 89 L.Ed. 1095 (1945);
Mitchell v. Bekins Van & Storage Co.,
352 U.S. 1027, 77 S.Ct. 593, 1 L.Ed.2d
589 (1957).

* Rule 18, 5th Cir.; see Isbell Enterprises,
Inc. v. Citizens Casualty Co. of N.Y.,
431 F.2d 409, Part I (5th Cir. 1970).

1. See NLRB v. Amalgamated Clothing
Workers of America, 430 F.2d 966 (5th
Cir. 1970).